Marie Leto, *Appellant,* v. Rosie Fishman, *Appellee.*

Decision Filed March 19, 1921.

An Appeal from an Order of the Circuit Court within and for the County of Hillsborough; F. M. Robles, Judge.

*W. D. Davis,* for Appellant;

*Harry N. Sandler,* for Appellee.

Per Curiam.—This cause having been heretofore submitted to the Court upon the transcript of the record of the Order aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of

its judgment to be given in the premises, it seems to the
Court that there is no error in the said order; it is, there-
fore, considered, ordered and adjudged by the Court that
the said order of the Circuit Court be, and the same is
hereby, affirmed.

All concur.